(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgment in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

**FILED**

December 23, 2019
Clerk, U.S. District Court
Western District of Texas

*VMedina*

**Deputy**

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § CASE NUMBER: EP:19-M -10060(1) - LS |
| vs. | § USM Number: |
| | § |
| (1) Manuel Garcia-Gonzalez | § |
| Defendant. | |

## JUDGMENT IN A CRIMINAL CASE
### (For A Petty Offense) - Short Form

The defendant, Manuel Garcia-Gonzalez, was represented by counsel, Damian Ryan George Rasmussen.

The defendant pled guilty to the complaint on December 23, 2019. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325(a)(1) | IMPROPER ENTRY BY AN ALIEN | 12/21/2019 |

As pronounced on December 23, 2019, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **10 days.** The defendant shall remain in custody pending service of sentence.

The Government, through an oral motion, moves to remit the $10.00 special assessment imposed, pursuant to 18 U.S.C. § 3013, as reasonable efforts to collect this assessment are not likely to be effective. The Court accepts the motion. **Special assessment is remitted.** In addition, the **fine is waived** because of the defendant's inability to pay.

If is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed this the 23rd day of December, 2019.

_____
LEON SCHYDLOWER
UNITED STATES MAGISTRATE JUDGE

Vane bef

# United States District Court
**Western District of Texas**
**El Paso Division**

**FILED**
12/23/2019

Clerk, U.S. District Court
Western District of TexaS

By: _V. Medina_
Deputy

## MISDEMEANOR ARRAIGNMENT / SENTENCING

**Case Number: EP:19-M -10060(1) LS**

| DEFENDANT'S NAME: | ATTY FOR DEFENDANT: |
|---|---|
| Manuel Garcia-Gonzalez | Damian Ryan George Rasmussen |

JUDGE:              LEON SCHYDLOWER            AUSA:              Anthony Rodregous

DEPUTY CLERK:   Veronica Medina               INTERPRETER:   [X]              [ ] No

COURT REPORTER:   ERO                         PROB. OFFICER

                                              PRETRIAL OFFICER:

DATE:              Monday, December 23, 2019   TIME: __0__ Minutes      **1:14 p.m.- 1:37 p.m.**

| PROCEEDINGS | DFT NO. | [DftNo1] | [DftNo2] |
|---|---|---|---|
| [X] INITIAL APPEARANCE HELD | | [X] | [ ] |
| [X] ARRAIGNMENT HELD | | [X] | [ ] |
| [X] DFT INFORMED OF RIGHTS/oral consent to plea | | [X] | [ ] |
| [X] GUILTY    DEFT [DftNo1] COUNT(S):    COMPLAINT | | | |
| [X] GUILTY PLEA ACCEPTED BY THE COURT | | [X] | [ ] |
| [ ] Information Filed On _____ | | [ ] | [ ] |
| [ ] Motion to Dismiss Complaint filed on _____ | | [ ] | [ ] |
| [ ] Court Grants Motion to Dismiss on _____ | | [ ] | [ ] |
| [ ] Order Dismissing Complaint entered on _____ | | [ ] | [ ] |
| [X] Oral Motion by AUSA to Remit Special Assessment | | [X] | [ ] |
| [X] Oral Order Granting Oral Motion to Remit Special Assessment | | [X] | [ ] |
| [X] SENTENCING HELD: Defendant sentenced to **10 days.** Fine; S/A REMITTED. | | | |

OTHER: _____ .

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

**USA**

**vs.**                                                   **Case Number:  EP:19-M -10060(1)  LS**

**(1) Manuel Garcia-Gonzalez**


## ORDER APPOINTING COUNSEL


The above named Defendant has testified under oath, or has otherwise satisfied this court that he or she is financially unable to employ counsel, and does not wish to waive counsel.

Because the interests of justice so require, Damian Ryan George Rasmussen, a duly licensed attorney in this District is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case.

This appointment shall remain in effect until further order of this court.

It is, accordingly, so **ORDERED** this **December 23, 2019.**


_____
**UNITED STATES MAGISTRATE JUDGE**
**LEON SCHYDLOWER**

AO 91 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: EP:19-M -10060(1) - LS |
| | § | |
| (1) Manuel Garcia-Gonzalez | § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 21, 2019** in **El Paso** County, in the **WESTERN DISTRICT OF TEXAS** DEFENDANT did, being an alien to the United States,  knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers

 in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

*"The Defendant, Manuel  GARCIA-Gonzalez, an alien to the United States and a citizen of Mexico, entered the United States from the Republic of Mexico by crossing the Rio Grande River on  December 21, 2019 , approximately .01 miles west of the Ysleta Port of Entry at  El Paso, Texas , in the Western District of Texas.  The place where the Defendant entered is not designated as a Port of Entry by immigration officers."*

Continued on the attached sheet and made a part hereof:          X Yes     No

Sworn to before me,

_____
Signature of Complainant
Solis, Gerardo
Border Patrol Agent

December 23, 2019
Date

at   EL PASO, Texas
City and State

LEON SCHYDLOWER
UNITED STATES MAGISTRATE JUDGE

_____
Signature of Judge
**OATH TELEPHONICALLY SWORN
AT 01:00 P.M.
FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

(1) Manuel Garcia-Gonzalez

FACTS   (CONTINUED)

The Defendant, Manuel  GARCIA-Gonzalez, an alien to the United States and a citizen of Mexico, entered the United States from the Republic of Mexico by crossing the Rio Grande River on  December 21, 2019 , approximately .01 miles west of the Ysleta Port of Entry at  El Paso, Texas , in the Western District of Texas. The place where the Defendant entered is not designated as a Port of Entry by immigration officers.


Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.


IMMIGRATION HISTORY:
NONE

CRIMINAL HISTORY:
NONE