*EP*

*12/30*

(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgment in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

**FILED**

December 23, 2019
Clerk, U.S. District Court
Western District of Texas

*VMedina*

**Deputy**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CASE NUMBER: EP:19-M -10060(1) - LS |
| vs. | § | USM Number: |
| | § | *44424 480* |
| (1) Manuel Garcia-Gonzalez | § | |
| Defendant. | | |

## JUDGMENT IN A CRIMINAL CASE
### (For A Petty Offense) - Short Form

The defendant, Manuel Garcia-Gonzalez, was represented by counsel, Damian Ryan George Rasmussen.

The defendant pled guilty to the complaint on December 23, 2019. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325(a)(1) | IMPROPER ENTRY BY AN ALIEN | 12/21/2019 |

As pronounced on December 23, 2019, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **10 days.** The defendant shall remain in custody pending service of sentence.

The Government, through an oral motion, moves to remit the $10.00 special assessment imposed, pursuant to 18 U.S.C. § 3013, as reasonable efforts to collect this assessment are not likely to be effective. The Court accepts the motion. **Special assessment is remitted.** In addition, the **fine is waived** because of the defendant's inability to pay.

If is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed this the 23rd day of December, 2019.

LEON SCHYDLOWER
UNITED STATES MAGISTRATE JUDGE

Executed: *12/30/2019*
*SQ*

By: 
United States Marshal Service